■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN TORRES, Also Known as MOUSE, Appellant. [979 NYS2d

550]—

Concur—Mazzarelli, J.P., Friedman, Renwick, Moskowitz and Richter, JJ.